# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157242

AMBER WOOD,
       Plaintiff-Appellant,

v

MICHAEL AARON COOK,
       Defendant/Cross-Defendant,
and

RHONDA ANNE COOK,
       Defendant,
and

HEAD UP, LLC, d/b/a PB'S SPORTS GRILLE,
and d/b/a SHARKS REEF,
       Defendant/Cross-Plaintiff-Appellee.
_____/

SC: 157242
COA: 334901
Macomb CC: 2015-002461-NI

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk